JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES JEWELRY PRODUCTION, a California corporation, | Case No.: 2:23-cv-00488-DSF-KS [Assigned to the Honorable Dale S. Fischer] |
| vs. | **ORDER RE: DISMISSAL** |
| THE ROYAL GROUP C LLC,a New Jersey limited liability company; dba THE ROYAL GROUP, dba FOREVER STAR; THE ROYAL GROUP D LLC, a New Jersey limited liability company; dba THE ROYAL GROUP, dba FOREVER STAR; ALLEN BLOOM, an individual, dba THE ROYAL GROUP, dba FOREVER STAR; ALLISON LALLY, an individual; and DOES 1 through 50, inclusive, | |
| Defendants. | |

//

//

//

//

//

//

//

//

-1-

Pursuant to the Plaintiff's Notice and Request for Dismissal of the Action filed August 4, 2023, THE COURT MAKES THE FOLLOWING ORDERS:

1) The Court hereby retains jurisdiction to enforce and carry out the terms of Settlement Agreement between the parties, including but not limited to, setting aside any dismissals and entry of judgment; and

2) This action is Dismissed, with prejudice, as to all parties and causes of action.

**IT IS SO ORDERED.**

**Date:** August 8, 2023

_____
Hon. Dale S. Fischer
United States District Court Judge